UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Valerie A. Dawydiak          ,

Plaintiff(s),

v.

FEMASYS Inc.                 ,

Defendant(s).

Case No. __3:26-cv-01630-LB_____

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** ; ORDER
(CIVIL LOCAL RULE 11-3)

I, __Rachel V. Barlotta_____, an active member in good standing of the bar of __Alabama_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __FEMASYS, Inc._____ in the above-entitled action. My local co-counsel in this case is __Elisabeth V. McNulty_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: _____192455_____.

| | |
|---|---|
| 1901 6th AVE N, ST 2600, BIRMINGHAM, AL 35203 | 1 PARK PLAZA, ST 500, IRVINE, CA 92614 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 205 244 3822 | 949 301 9464 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| rbarlotta@bakerdonelson.com | emcnulty@efsmmlaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __4082-H67V_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __2_____ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 4 , 2026_____

_Rachel V. Barlotta_____

APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _Rachel V. Barlotta_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ____June 4, 2026_____

UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2